AIMEE S. WILLIG (WSBA #22859)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 4630
SEATTLE, WA 98101
(206) 292-2110
awillig@bskd.com

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>TRIO LEASING LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-02066-FPC11<br><br>(Proposed Lead Case)<br><br>DECLARATION OF DARRYL LEWIS IN SUPPORT OF DEBTORS' *EX PARTE* MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES |

Darryl Lewis declares as follows:

1. I am the Managing Director of the above-captioned debtors and debtors-in-possession (the "Debtors"). I make this Declaration in support of the Debtors' *Ex Parte* Motion for an Order Directing Joint Administration of Chapter 11 Cases ("Motion"). I

[1] The Debtors, along with their case numbers, are as follows: Trio Leasing LLC (26-2066); Trio Capital LLC (26-2067); and Trio Residential LLC (26-2068).



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

have personal knowledge of the facts set forth herein. Capitalized terms not defined in this Declaration have their meanings as set forth in the Motion.

2. The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on October 19, 2026. The Debtors, along with their case numbers, are as follows: Trio Leasing (26-2066); Trio Capital LLC (26-2067); and Trio Residential LLC (26-2068). The Debtors are operating their businesses and managing their properties as debtors-in-possession.

3. Trio Residential LLC is a residential property management, contract servicing and lease origination company with offices in Bellevue, Washington. Its primary role is a sub-service provider for Trio Leasing LLC, a provider of affordable homeownership programs primarily supporting underserved segments of the population seeking to purchase a home, such as small business owners, gig workers and non-US citizens on a path to citizenship. Trio Capital, LLC is a residential real estate investment company providing funding and delinquency support for Trio Leasing LLC's affordable housing programs. Each of the Debtors is wholly owned by Applied Residential, Inc.

4. To ease the burden of filing and mailing duplicative pleadings in each of the cases, the Debtors respectfully request that the court authorize joint administration of these Chapter 11 cases under the Trio Leasing Lead Case.

5. It is my belief that joint administration will reduce the time, expense, and burden of filing duplicative pleadings in each case, and thereby reduce the fees and costs associated with the administration of the cases.

//



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct to the best of my knowledge.

SIGNED this 19th day of October, 2026, in Seattle, Washington.

/s/Darryl Lewis
Darryl Lewis



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104