# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Trio Leasing LLC**
(Debtor)

Case Number: **26−02066−FPC11**

**MOTION FOR ORDER OF DISMISSAL FOR FAILURE TO SATISFY MANDATORY REQUIREMENTS AND NOTICE THEREOF**

---

To:
Debtor(s)
Attorney for Debtor(s)
Trustee
United States Trustee

The undersigned hereby moves the court for an order dismissing the above−captioned case for failure to satisfy the mandatory requirements noted below:

Official Form 204 List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders has not been filed.

**NOTICE IS HEREBY GIVEN** that unless the deficiencies noted above are corrected within ten (10) days of the date of this notice, the case will be dismissed without further notice.

Date: October 22, 2026

CLERK OF COURT

/s/ Serenity Mendoza Guzman

Deputy Clerk